payment of costs. No opinion. (Ingraham, P. J., and McLaughlin, J., dissented.)

Alaska Banking and Safe Deposit Company, Respondent, v. Philip V. R. Van Wyck and Others, Impleaded with James E. Childs and Others, Appellants.—Judgment and order affirmed, with costs. No opinion.

Katerina Haberland, Respondent, v. The City of New York, Appellant, Impleaded with Isaac Weingart.—Judgments and orders reversed, new trial ordered, costs to appellant to abide event, on the ground that the finding of negligence on the part of the city was against the weight of evidence. Orders to be settled on notice.

John W. Clark, Respondent, v. John G. Wendel, Appellant.—Judgment and order affirmed, with costs. No opinion.

James K. Hackett, Respondent, v. William A. Brady, Limited, Appellant.—Judgment affirmed, with costs. No opinion.

Delia T. Hodges, Respondent, v. The Long Island Railroad Company, Appellant.—Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the finding of the jury that the defendant was negligent is against the weight of evidence. Order to be settled on notice.

Ida Rosenzweig, an Infant under the Age of Fourteen Years, by Joe Rosenzweig, Her Guardian ad Litem, Appellant, v. Louis L. Firuski, Respondent.—Judgment and order affirmed, with costs. No opinion.

Reginald H. Sayre, Appellant, v. Progressive Construction and Leasing Company, Respondent.—Judgment affirmed, with costs, on the ground that the complaint does not state facts sufficient to constitute a cause of action.

John E. Mayhew, Respondent, v. August Belmont Hotel Company, Appellant.—Judgment and order affirmed, with costs. No opinion. (Laughlin and Dowling, JJ., dissented.)

Elizabeth B. Grannis, Respondent, v. James L. Ewell, Appellant.—Determination affirmed, with costs, on opinion at Appellate Term. (76 Misc. Rep. 484.)

Ferlenden Brothers, Incorporated, Respondent, v. James Talcott, Appellant.—Judgment and order affirmed, with costs. No opinion.

Roland R. Conklin, Appellant, v. Samuel M. Jarvis, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary M. Remington, Individually and on Behalf of All Other Persons Interested in the Estate of Hiram Remington, Deceased, Appellant, v. John B. Taylor and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Sidney S. Schuyler and Others, Copartners Trading under the Firm Name of Schuyler, Chadwick & Burnham, and Others, Respondents, v. Hocking Valley Products Company, Appellant, Impleaded with Others. Sidney S. Schuyler and Others, Copartners Trading under the Firm Name and Style of Schuyler, Chadwick & Burnham, and Others, Respondents, v. Hocking Valley Products Company and Others, Appellants, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion.